UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANDERSON DANIEL P.Z.,[1]

Petitioner,

v.

WARDEN, MESA VERDE DETENTION FACILITY, et al.

Respondents.

Case No. 1:26-cv-4061-TLN-JDP

(A# 243-055-216)

**ORDER**

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 22, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 18.) Respondents filed a one-sentence objection to the findings and recommendations reasserting their position in opposition to the habeas petition. (ECF No. 19.)

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including the objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 22, 2026 (ECF No. 18) are adopted in full;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

3. To avoid further irreparable harm and protect the public interest, Respondents are ENJOINED from re-detaining Petitioner absent compliance with constitutional protections, including a minimum of seven-days' notice and a pre-deprivation hearing before a neutral fact-finder where: (a) Respondents show material changed circumstances demonstrate a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) Respondents demonstrate by clear and convincing evidence that the government's interest in protecting the public or ensuring Petitioner appears at future immigration proceedings outweighs his constitutionally protected interest in remaining free from detention. *Zadvydas v. Davis*, 533 U.S. 678, 690 (2001); *Hernandez v. Sessions*, 872 F.3d 976, 990 (2017). At any such hearing, Petitioner shall be allowed to have counsel present;

4. Respondents' motion to dismiss (ECF No. 9) is DENIED; and

5. The Clerk of Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Date: July 14, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE